JOHN H. HODGES, *Executor*, etc., *v.* CORNELIUS PERRINE. — Order affirmed, with ten dollars costs.

LUDOLPH A. TULLYGRAFF *v.* LEMUEL H. BALDWIN and another, *Appellants.* — Order affirmed, with ten dollars costs.

DAVID J. JOHNSON, *Respondent, v.* CAMERON COAL COMPANY, *Appellant.* — Order affirmed, with ten dollars costs and disbursements.

EDWARD HARMON, *Trustee,* etc., *v.* ANTHONY S. HOPE. — Order affirmed, with ten dollars costs and disbursements.

JOSEPH LEAVY *v.* MATTHEW LEAVY. — Order vacated; order entered as directed.  Mem. *Per Curiam.*

MARGARET KASSEBAUM *v.* HANNAH KASSEBAUM. — Papers on appeal to be corrected as directed in memorandum.